FILED

2008 APR 30 PM 3: 10

CLERK US ...
SOUTHERN DIST... ...

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. **08 CR 1353   LAB** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| FELIPE CARRASCO-RIVERA, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about April 20, 2008, within the Southern District of California, defendant FELIPE CARRASCO-RIVERA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

WMC:fer:San Diego
4/28/08

1    It is further alleged that defendant FELIPE CARRASCO-RIVERA was

2  removed from the United States subsequent to September 3, 1987.

3    DATED: April 30, 2008.

4                                           A TRUE BILL:

5

6

7                                           Foreperson

KAREN P. HEWITT
8  United States Attorney

9

10 By:

W. MARK CONOVER
11   Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2