```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

 8                     UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Criminal Case No. 08CR1353-LAB
                                    )
11                   Plaintiff,     )
                                    )       **NOTICE OF APPEARANCE**
12         v.                       )
                                    )
13  FELIPE CARRASCO-RIVERA,         )
                                    )
14                   Defendant.     )
                                    )

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21     Please call me if you have any questions about this notice.

22     DATED:   May 5, 2008

23                                      Respectfully submitted,

24                                      KAREN P. HEWITT
                                        United States Attorney
25

26                                      s/ *Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
27                                      Assistant U.S. Attorney

28

|     |                                                                      |
|-----|----------------------------------------------------------------------|
| 1   |                                                                      |
| 2   |                                                                      |
| 3   |                                                                      |
| 4   |                                                                      |
| 5   | UNITED STATES DISTRICT COURT                                         |
| 6   | SOUTHERN DISTRICT OF CALIFORNIA                                      |

```
UNITED STATES OF AMERICA,    )    Case No. 08CR1353-LAB
                             )
             Plaintiff,      )    CERTIFICATE OF SERVICE
                             )
     v.                      )
                             )
FELIPE CARRASCO-RIVERA,      )
                             )
             Defendant.      )
                             )
```

IT IS HEREBY CERTIFIED THAT:

   I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 5, 2008.

                                   s/ *Christopher P. Tenorio*
                                   CHRISTOPHER P. TENORIO
                                   Assistant U.S. Attorney