**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for Mr. Carrasco-Rivera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1353-LAB |
| Plaintiff, ) | |
| v. ) | **NOTICE OF WITHDRAWAL** |
| FELIPE CARRASCO-RIVERA, ) | |
| Defendant. ) | |

     Notice is hereby given by Timothy R. Garrison, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

| | |
|---|---|
| Document: | Notice of Motions and Motions |
| File Date: | May 12, 2008 |
| Docket #: | 8 |

Respectfully submitted,

Dated: May 12, 2008    */s/ TIMOTHY R. GARRISON*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 12, 2008      /s/ TIMOTHY R. GARRISON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)