1 **TIMOTHY R. GARRISON**
California Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
4 timothy_garrison@fd.org

5 Attorneys for FELIPE CARRASCO-RIVERA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-CR-1353-LAB |
| Plaintiff, | DATE: June 16, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) DISMISS THE INDICTMENT FOR FAILURE TO STATE AN OFFENSE;<br>2) DISMISS THE INDICTMENT FOR VIOLATION OF THE RIGHT TO PRESENTMENT;<br>3) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>4) STRIKE SURPLUSAGE;<br>5) PRODUCE GRAND JURY TRANSCRIPTS;<br>6) SUPPRESS STATEMENTS;<br>7) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND<br>8) GRANT LEAVE TO FILE FURTHER MOTIONS |
| v. | |
| FELIPE CARRASCO-RIVERA, | |
| Defendant. | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on June 16, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, FELIPE CARRASCO-RIVERA, by and through his

attorneys, Timothy R. Garrison, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

### MOTIONS

FELIPE CARRASCO-RIVERA, the accused in this case, by and through his attorneys, Timothy R. Garrison, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

1) Dismiss the Indictment for Failure to State an Offense;
2) Dismiss the Indictment for Violation of the Right to Presentment;
3) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
4) Strike Surplusage;
5) Produce Grand Jury Transcripts;
6) Suppress Statements;
7) Compel Discovery and Preserve Evidence; and
8) Grant Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: May 12, 2008

 /s/ *Timothy R. Garrison*
**TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Carrasco-Rivera
timothy_garrison@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>              Plaintiff,                                )<br>                                                             )<br>v.                                                           )<br>                                                             )<br>FELIPE CARRASCO-RIVERA,            )<br>                                                             )<br>              Defendant.                            )<br>_____) | Case No.08CR1353-LAB<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Christopher Paul Tenorio**
Christopher.Tenorio@usdoj.gov,helaine.curtis@usdoj.gov,efile.dkt.gc1@usdoj.gov

mailed to:
              Felipe Carrasco-Rivera
              Defendant

Dated: May 12, 2008                                  /s/ Timothy R. Garrison
                                                              **TIMOTHY R. GARRISON**
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              E-mail: Timothy_Garrison@fd.org