

United States of America                                         08cr1353 LAB

-v-

Felipe Carrasco-Rivera

# STRICKEN DOCUMENT

**11-RESPONSE in Opposition by USA**

**11**