KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California  92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FELIPE CARRASCO-RIVERA,<br><br>          Defendant. | CRIMINAL CASE NO. 08CR1353-LAB<br>HON. LARRY A. BURNS<br>COURTROOM 9<br><br>DATE:     June 16, 2008<br>TIME:     2:00 p.m.<br><br>MOTION FOR ORDER TO PERMIT<br>FILING OF MOTIONS EXCEEDING PAGE<br>NUMBER RESTRICTION |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, moves this court to permit filing of the Government's Response in Opposition to Defendant's Motions which, at a total of 40 pages, exceeds the page number restriction. The extensive response was required in light of Defendant's eight motions, including his motion to dismiss the indictment for misinstruction of the jury.

Dated:   June 10, 2008

                                        KAREN P. HEWITT
                                        United States Attorney


                                        *s/Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08CR1353-LAB |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| FELIPE CARRASCO-RIVERA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **MOTION FOR ORDER** on **Timothy Garrison** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies Defendant's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008                    Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney
                                             *s/Christopher P. Tenorio*
                                             CHRISTOPHER P. TENORIO
                                             Assistant U.S. Attorney

                                                              08CR1353-LAB