```
 1
 2
 3
 4
 5
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       )  CRIMINAL CASE NO.  08CR1353-LAB
                                    )  HON. LARRY A. BURNS
11             Plaintiff,           )  COURTROOM 9
                                    )
12       v.                         )  ORDER TO PERMIT FILING OF
                                    )  RESPONSE IN OPPOSITION TO
13  FELIPE CARRASCO-RIVERA          )  DEFENDANT'S MOTIONS EXCEEDING
                                    )  PAGE NUMBER RESTRICTION
14             Defendant.           )
    _____)
15
16       Upon motion of the UNITED STATES OF AMERICA and good cause
17  appearing,
18       IT IS HEREBY ORDERED that the Government may file its response
19  in opposition to Defendant's motions which exceeds the page-number
20  restriction.
21  Dated:
                                    _____
22                                  HON. LARRY A. BURNS
                                    United States District Judge
23
24  Presented by:
25  KAREN P. HEWITT
    United States Attorney
26
27  s/ Christopher P. Tenorio
    CHRISTOPHER P. TENORIO
28  Assistant U.S. Attorney
```