```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO.  08CR1353-LAB |
| | ) HON. LARRY A. BURNS |
| Plaintiff, | ) COURTROOM 9 |
| | ) |
| v. | ) DATE:    June 16, 2008 |
| | ) TIME:    2:00 p.m. |
| FELIPE CARRASCO-RIVERA, | ) |
| | ) NOTICE OF GOVERNMENT'S RESPONSE |
| Defendant. | ) IN OPPOSITION TO DEFENDANT'S |
| | ) MOTIONS: |
| | ) 1)   DISMISS INDICTMENT FOR |
| | )      FAILURE TO STATE AN OFFENSE; |
| | ) 2)   DISMISS INDICTMENT FOR |
| | )      VIOLATION OF THE RIGHT TO |
| | )      PRESENTMENT; |
| | ) 3)   DISMISS INDICTMENT DUE TO |
| | )      MISINSTRUCTION OF THE JURY; |
| | ) 4)   STRIKE SURPLUSAGE; |
| | ) 5)   PRODUCE GRAND JURY |
| | )      TRANSCRIPTS; |
| | ) 6)   SUPPRESS STATEMENTS; |
| | ) 7)   COMPEL DISCOVERY AND |
| | )      PRESERVE EVIDENCE; AND, |
| | ) 8)   GRANT LEAVE TO FILE FURTHER |
| | )      MOTIONS. |
| | ) |
| | ) TOGETHER WITH STATEMENT OF FACTS |
| | ) AND MEMORANDUM OF POINTS AND |
| | ) AUTHORITIES |
| | ) |

     COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and hereby files notice

of its response and opposition to Defendant's following motions:

MOTIONS

1) DISMISS INDICTMENT FOR FAILURE TO STATE AN OFFENSE;
2) DISMISS INDICTMENT FOR VIOLATION OF THE RIGHT TO PRESENTMENT;
3) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE JURY;
4) STRIKE SURPLUSAGE;
5) PRODUCE GRAND JURY TRANSCRIPTS;
6) SUPPRESS STATEMENTS;
7) COMPEL DISCOVERY AND PRESERVE EVIDENCE; AND,
8) GRANT LEAVE TO FILE FURTHER MOTIONS.

Said response is based upon the files and records of the case, together with the attached Statement of Facts and Memorandum of Points and Authorities.

DATED: June 10, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*s/ Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR1353-LAB |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE CARRASCO-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF GOVERNMENT'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTIONS** on **Timothy R. Garrison** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies Defendant's counsel

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008                    Respectfully submitted,

                                             KAREN P. HEWITT
                                             United States Attorney
                                             *s/Christopher P. Tenorio*
                                             CHRISTOPHER P. TENORIO
                                             Assistant U.S. Attorney
                                             08CR1353-LAB